# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOTI MBEWE,** : | |
|    **Petitioner** : | |
| : | No. 1:20-cv-01556 |
| **v.** : | |
| : | (Judge Kane) |
| **CLAIR DOLL,** : | |
|    **Respondent** : | |

## ORDER

**AND NOW**, on this 30th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file a new § 2241 petition should he exhaust his administrative remedies regarding his custody determination and in the event he can provide evidence demonstrating that there is no significant likelihood of his removal in the reasonably foreseeable future; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
